```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>PARKER MECHANICAL CONTRACTING INC., a California corporation<br><br>   Defendant. | NO. C 06 2147 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for July 24, 2006 at 4:00 p.m. in Courtroom No. 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:  July 11, 2006          ERSKINE & TULLEY

By: /s/Michael J. Carroll
     Michael J. Carroll
     Attorneys for Plaintiffs

July 12, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

NOTICE OF VOLUNTARY DISMISSAL

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On July 11, 2006 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Parker Mechanical
541 Martin Avenue
Rohnert Park, CA 94928

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2006 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman